**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALFREDO OCHOA MORANDO, | ) NO. CV 13-2401-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| E. VALENZUELA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: April 23, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE